UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RILEY,

    Plaintiff,

v.                                        Case No. 06-11117

WILSHIRE CREDIT CORPORATION,        Honorable Patrick J. Duggan

    Defendant.
    _____/

**AMENDED**
**ORDER DISMISSING COMPLAINT**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on April 19, 2006.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                          U.S. DISTRICT COURT JUDGE

On March 15, 2006, *pro se* Plaintiff William Riley filed two separate complaints in this Court. The first complaint is against Defendant American Equity Mortgage, Case No. 06-11107, and the second complaint is against Defendant Wilshire Credit Corp., Case No. 06-11117. The complaints contain identical language and appear to arise from the same transaction in which, Plaintiff alleges that Defendants acted fraudulently. In an Order dated March 30, 2006, this Court ordered Plaintiff to file amended complaints that complied with FED. R. CIV. P. 8(a) within 20 days, setting forth a basis for this Court's jurisdiction, a cause of action, and facts in support of such cause of action.

On April 18, 2006, Plaintiff filed amended complaints in both actions. The

amended complaints assert a number of claims arising from Defendants' alleged breach of contract and fraudulent conduct.  However, both amended complaints fail to set forth a basis for this Court's jurisdiction.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** for lack of jurisdiction.

                                                  s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
William Riley
25428 Woodvilla Place
Southfield MI 48075